# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                      **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                          **GREENBELT, MARYLAND   20770**
                                                                                                                            **301-344-0052**

M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *Rudolph Mounib Seikaly, as Administrator of the Estate of Mounib Seikaly,*
                *Deceased, and as Personal Representative v. Richard Seikaly*
                Civil Case No. RWT 16-2632

DATE:       August 10, 2016

* * * * * * * *

Please be advised that a hearing has been scheduled for **September 8, 2016 at 3:30 p.m.** on all pending motions.  The parties will be allotted one (1) hour for total argument.  The Defendant is directed to file a reply, if any, to his Rule 26(b)(3) Motion to Dismiss the Complaint or in the Alternative to Compel Arbitration and Stay These Proceedings (ECF No. 8) on or before **September 2, 2016**.

Please note, however, that I may choose to decide these motions on the pleadings before the date scheduled for argument.  If so, you will be notified sufficiently in advance of that date.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument.  Please also highlight the appropriate text.

My law clerks and I spend a considerable amount of time preparing for hearings in order to reach a fair and well-informed decision.  The parties are advised that they must inform the Court at least ten (10) days prior to the scheduled hearing in the event that circumstances arise that may result in the need for a continuance, stay or cancellation of the hearing.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and be docketed accordingly.

_____/s/_____
Roger W. Titus
United States District Judge